UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY M. EWING,

    PLAINTIFF,

                                              CASE NO.    05-74514

V.

                                              HONORABLE ARTHUR J. TARNOW
COMMISSIONER OF SOCIAL SECURITY,      UNITED STATES DISTRICT JUDGE

    DEFENDANT.                        MAGISTRATE JUDGE MONA MAJZOUB
                                         /

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION [D/E # 17]

The Court having reviewed the parties motions, the Magistrate Judge's Report and Recommendation filed on November 13, 2006, as well as the administrative record, and having received no objections from either party,

**IT IS HEREBY ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court. As a result, the Plaintiff's Motion for Summary Judgment [D/E # 11] is **DENIED**, Defendant's Motion for Summary Judgment [D/E # 16] is **GRANTED IN PART** and **DENIED IN PART**, and the case is **REMANDED** for proceedings consistent with the Magistrate's Report.

                                        s/Arthur J. Tarnow
                                        Arthur J. Tarnow
                                        United States District Judge

Dated: December 4, 2006

 05-74514

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 4, 2006, by electronic and/or ordinary mail.

                                <u>s/Theresa E. Taylor</u>
                                Case Manager

2:05-cv-74514-AJT-MKM   Doc # 18   Filed 12/04/06   Pg 2 of 2   Pg ID 298